UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 15-15-DLB-EBA

UNITED STATES OF AMERICA                                            PLAINTIFF

v.                               **<u>SEALED ORDER</u>**

**RICHARD E. PAULUS, M.D.**                                         **DEFENDANT**

\*\* \*\* \*\* \*\* \*\* \*\* \*\* \*\*

This matter is before the Court upon the United States's *Ex Parte* Motion to Resolve Discovery Issue (Doc. # 352). The Court having reviewed the Motion, being otherwise sufficiently advised and with the agreement and consent of the United States and King's Daughters Medical Center,

**IT IS ORDERED** as follows:

(1) The information contained in the letter from William Shields, attorney for King's Daughters Medical Center, to Hon. Kerry B. Harvey, United States Attorney, Eastern District of Kentucky, dated November 8, 2013 "Re: King's Daughters Medical Center – confidential settlement communication pursuant to Fed. R. Evid. 408," and the accompanying three-page schedule shall be produced by the United States to the Defendant and his counsel **UNDER SEAL and not disclosed by them to any other person or entity without further Order of this Court, and that any discussion or use of the letter, the accompanying schedule and their contents in any court pleadings or during court proceedings shall be conducted UNDER SEAL**;

1

(2) Pursuant to Fed. R. Evid. 502(d) that the disclosure of these documents and the information contained in them to the Defendant Richard E. Paulus, M.D. and his attorneys in this proceeding is not a waiver of King's Daughters Medical Center's attorney-client privilege, settlement privilege or work product protection in any other federal or state proceeding;

(3) The United States's *Ex Parte* Motion to Resolve Discovery Issue (Doc. # 352) be, and is hereby **denied as moot**; and

(4) The ex parte telephonic hearing scheduled for January 3, 2019 is **cancelled**.

This 2nd day of January, 2019.

Signed By:
*David L. Bunning* DB
United States District Judge