**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND**

**CRIMINAL CASE NO. 15-15-DLB-EBA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **PLAINTIFF** |
| v.              **ORDER** | |
| **RICHARD E. PAULUS** | **DEFENDANT** |

\* \* \* \* \* \* \* \* \* \*

On October 1, 2021, the Court held a Status Conference in this matter. The United States was represented by Kate Smith and Paul McCaffrey. Defendant Richard E. Paulus was represented by Hilary LoCicero, Robert Bennett, and David Mussetter. The proceedings were recorded by Official Court Reporter Lisa Wiesman. During the conference the Court discussed the scheduling of Defendant Paulus's trial. The United States also renewed orally its Motion to Move the trial to Covington, to which defense counsel objected. The Court indicated that it would prepare questionnaires to be sent out to prospective jurors, and upon receipt of the questionnaires, would decide the oral motion. The United States also asked that the trial be designated as complex, to which defense counsel consented. Accordingly,

**IT IS ORDERED** as follows:

(1)   Within **ten (10) days** of this Order, the parties **shall file a joint notice of proposed dates** for Defendant Paulus's trial;

(2)   The United States' oral Motion requesting that Defendant Paulus's trial be moved to Covington is **taken under submission** pending the receipt of jury

1

questionnaires; and

(3) Due to the complex nature of this case, the Court finds that the time period between today's date and the actual trial date is excludable pursuant to 18 U.S.C. §§ 3161(h)(7)(A)&(B).

This 1st day of October, 2021.



Signed By:
*David L. Bunning*
United States District Judge

TIC – 20 minutes

M:\DATA\ORDERS\Ashland Criminal\2015\15-15 Status Conference Minutes.docx