**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**ASHLAND**

**CRIMINAL ACTION NO. 15-15-DLB-EBA**

UNITED STATES OF AMERICA             PLAINTIFF

v.             **ORDER**

RICHARD E. PAULUS, M.D.             DEFENDANT

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court upon King's Daughters Health Systems, Inc.'s Motion to Stay Order Compelling KDMC to Produce Documents Pending Resolution of KDMC's Petition for a Writ of Mandamus [Docket No. 466]. Neither party has responded to the motion and the time for doing so, as set forth in LCrR 47.1(d), has expired.

Accordingly, **IT IS HEREBTY ORDERED:**

(1) King's Daughters Health Systems, Inc.'s Motion to Stay Order Compelling KDMC to Produce Documents Pending Resolution of KDMC's Petition for a Writ of Mandamus [Docket No. 466] be **SUSTAINED**; and

(2) The deadlines set forth in this Court's Order of January 18, 2022 [Docket No. 464] are **STAYED** pending further Orders of this Court.

This 14th day of February 2022.

