Eastern District of Kentucky
FILED

DEC 13 2023

AT COVINGTON
Robert R. Carr
CLERK US. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CRIMINAL ACTION NO. 15-15-DLB-EBA

**UNITED STATES OF AMERICA**  **PLAINTIFF**

VS.  <u>**VERDICT FORM**</u>

**RICHARD E. PAULUS, M.D.**  **DEFENDANT**

\* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*  \* \*

As to **Count 1** (health care fraud in violation of 18 U.S.C. § 1347), we, the Jury, find the Defendant

_____ GUILTY         _____ NOT GUILTY

As to **Count 4** (false statement relating to health care matters in violation of 18 U.S.C. § 1035), we, the Jury find the Defendant:

_____ GUILTY         _____ NOT GUILTY

As to **Count 5** (false statement relating to health care matters in violation of 18 U.S.C. § 1035), we, the Jury find the Defendant:

_____ GUILTY         _____ NOT GUILTY

As to **Count 8** (false statement relating to health care matters in violation of 18 U.S.C. § 1035), we, the Jury find the Defendant:

_____ GUILTY         _____ NOT GUILTY

As to **Count 10** (false statement relating to health care matters in violation of 18 U.S.C. § 1035), we, the Jury find the Defendant:

_____ GUILTY        _____ NOT GUILTY

As to **Count 12** (false statement relating to health care matters in violation of 18 U.S.C. § 1035), we, the Jury find the Defendant:

_____ GUILTY        _____ NOT GUILTY

As to **Count 18** (false statement relating to health care matters in violation of 18 U.S.C. § 1035), we, the Jury find the Defendant:

_____ GUILTY        _____ NOT GUILTY

As to **Count 20** (false statement relating to health care matters in violation of 18 U.S.C. § 1035), we, the Jury find the Defendant:

_____ GUILTY        \_\_\_\_✓\_\_\_\_\_ NOT GUILTY

As to **Count 21** (false statement relating to health care matters in violation of 18 U.S.C. § 1035), we, the Jury find the Defendant:

_____ GUILTY        _____ NOT GUILTY

As to **Count 24** (false statement relating to health care matters in violation of 18 U.S.C. § 1035), we, the Jury find the Defendant:

_____ GUILTY        _____ NOT GUILTY

As to **Count 25** (false statement relating to health care matters in violation of 18 U.S.C. § 1035), we, the Jury find the Defendant:

_____ GUILTY            _____ NOT GUILTY

Date: 12/13/2023            FOREPERSON: 213

K:\DATA\Trial_Notebooks\USA-v-Paulus(2)-0-15-cr-15\15-15 DRAFT Verdict Form.docx